IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

IN RE: CHERYL L. BARMORE )
)
ILLINOIS DEPARTMENT OF PUBLIC AID ) 05 A 96058
   Plaintiff )
   v. )
CHERYL L. BARMORE, )
   Defendant )

### ORDER

This matter coming before the Court upon the Petition to Determine Dischargeability of Debt filed on behalf of the ILLINOIS DEPARTMENT OF PUBLIC AID (hereinafter referred to as "IDPA"), Plaintiff having appeared by its attorney, Sheila James, Assistant Attorney General, and Defendant-Debtor, CHERYL L. BARMORE, present by her attorney, Philip H. Hart, and the Court being advised of the Stipulation entered into between the parties and being advised in the premises:

FINDS AND SO ORDERS:

That the debt due and owing from Defendant-Debtor, CHERYL BARMORE, to IDPA, is found to be non-dischargeable.

That judgment shall enter in favor of IDPA and against Defendant-Debtor, CHERYL BARMORE, in the amount of $4,054.00.

That Defendant-Debtor shall pay $200.00 per month on said judgment commencing July 30, 2005, by directing said payments to the Illinois Department of Human Services, Bureau of Fiscal Operations, Attention: Rena Steele, 823 East Monroe Street, Springfield, Illinois 62701. STARTING OCTOBER 30th the payments will be $100 per mo. b/c unemployment will stop CB
That if Defendant-Debtor fails to comply with the terms of this order regarding payments due, P.H.
IDPA is allowed to pursue collection of said judgment by any means allowed by law.

~~This case is set for status on October _____, 2005, at _____.~~

Philip H. Hart 07-19-05            AUG - 8 2005
Attorney for Debtor; PHILIP H. HART

Debtor: CHERYL BARMORE            _____
                                                                Honorable Manuel Barbosa

Prepared by: Sheila James, AAG
Sheila James, AAG
200 South Wyman Street, Suite 307 B
Rockford, IL 61101
(815) 987-7981